No. 1501, Misc.  FEE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1516, Misc.  BROWN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Brooks Taylor* for petitioner. *Solicitor General Marshall* for the United States. ▮

No. 1528, Misc.  WALSH *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  *Charles F. Choate* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1542, Misc.  TOWNES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1547, Misc.  BROWN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *S. Carter McMorris* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1618, Misc.  CARICO *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 1664, Misc.  FERGANCHICK ET AL. *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.  *William A. Dougherty* for petitioners.  *Solicitor General Marshall* for the United States.